UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:23-CV-00091-DLB-EBA

LARRY STAPLETON, PLAINTIFF,

V.

**ORDER**

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON and THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY, DEFENDANTS.

*** *** *** ***

This matter is before the undersigned on Defendants' motion for permission to allow Iwana Rademaekers to appear in this action *pro hac vice* on their behalf. [R. 5]. Rademaekers made the proper showing and paid the admission fee. Therefore, having considered the matter fully, and being otherwise sufficiently advised,

IT IS ORDERED that Defendants' Motion for Admission *Pro Hac Vice* [R. 5] is GRANTED, and Iwana Rademaekers be and is hereby admitted to practice *pro hac vice* for all purposes in the above-styled action.

Signed September 14, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**