**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 23-91-DLB-EBA**

**LARRY STAPLETON** **PLAINTIFF**

**v.** **<u>SCHEDULING ORDER</u>**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**
**and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANTS**

* * * * * * * * * * * * * * * *

The parties having filed their Joint Report of Parties' Planning Meeting (Doc. # 9) in this action, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1) Counsel for Defendant shall file under seal and provide a copy of the administrative record to Plaintiff's counsel **on or before October 26, 2023**;

2) All discovery shall be completed by **January 31, 2024**;

3) The Stipulated Administrative Record shall be filed under seal on or before **February 7, 2024**; and

4) Parties shall file dispositive motions by **March 6, 2024**. Simultaneous responses to the motions shall be filed by **March 20, 2024** and any replies shall be filed by **April 3, 2024**.

This 24th day of October, 2023.

**Signed By:**
***<u>David L. Bunning</u>***
**United States District Judge**