**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| LARRY STAPLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 0:23-cv-00091-DLB-EBA** |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| Defendants. | | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Larry Stapleton, and Defendants, Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company, by and through their undersigned counsel, hereby move to amend the Court's Scheduling Order of October 24, 2023 (ECF No. 10) to extend the discovery and briefing deadlines in the case. As grounds, the Parties state as follows:

1. Under the Court's current scheduling order, the Parties are to complete all discovery by January 31, 2024.

2. On December 22, 2023, Plaintiff served interrogatories and requests for production of documents upon Defendants. Defendants served responses on January 19, 2024. There are certain areas of dispute that further discussions between the Parties can likely assist. Meet and confer attempts have been initiated. Additionally, as part of its responses, Defendants indicated production of certain responsive information under an acceptable protective order. The Parties would request that the remaining case deadlines be extended so that informal discussions between the Parties can facilitate resolution of the discovery dispute.

3. Additionally, the Parties are discussing the possibility of settlement. Extending the remaining case deadlines will facilitate the Parties' settlement discussions and the possibility of informal resolution.

4. Accordingly, Plaintiff and Defendants jointly propose that the remaining case deadlines be extended, such that:

a. All discovery shall be completed by **March 18, 2024**;

b. The stipulated Administrative Record shall be filed under seal on or before **March 25, 2024**; and

c. Parties shall file dispositive motions by **April 15, 2024**. Simultaneous responses to the motions shall be filed by **April 29, 2024** and any replies shall be filed by **May 13, 2024**.

5. The Parties request this extension in good faith and not for the purpose of undue delay. No party will be prejudiced by the granting of this request.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*

ELIZABETH A. THORNSBURY
PHILIP G. FAIRBANKS
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: (859) 225-3731
Fax: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

and

/s/ *Iwana Rademaekers* (with permission)
IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY