**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| LARRY STAPLETON,<br><br>Plaintiff, | ) | |
| v. | ) | **Case No. 0:23-cv-00091-DLB-EBA** |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | ) | |

**AGREED ORDER AMENDING SCHEDULING ORDER**

This matter having come before the Court on the Parties' Joint Motion to Amend the Scheduling Order of October 24, 2023 (ECF No. 10), and the Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' joint motion is **GRANTED.**
2. The remaining deadlines set forth in ECF No. 10 are **VACATED**.
3. All discovery shall be completed by **March 18, 2024**;
4. The stipulated Administrative Record shall be filed under seal on or before **March 25, 2024**; and
5. Parties shall file dispositive motions by **April 15, 2024**. Simultaneous responses to the motions shall be filed by **April 29, 2024** and any replies shall be filed by **May 13, 2024**.

**HAVE SEEN AND AGREED:**

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
PHILIP G. FAIRBANKS
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: (859) 225-3731
Fax: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

/s/ *Iwana Rademaekers* (with permission)
IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendants*