UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:23-CV-00091-DLB-EBA

LARRY STAPLETON, PLAINTIFF,

V.

**ORDER**

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON and THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY, DEFENDANTS.

*** *** *** ***

This matter is before the undersigned on the parties' Joint Motion to Amend Scheduling Order. [R. 12]. The Court previously entered a Scheduling Order on October 24, 2023, establishing pretrial deadlines in this matter. [R. 10]. The parties now seek to extend these deadlines to allow them sufficient time to conduct discovery and discuss the possibility of settlement. Having reviewed the matter and being otherwise sufficiently advised,

IT IS ORDERED that the parties' Joint Motion to Amend Scheduling Order [R. 12] is GRANTED. The deadlines set by the Scheduling Order entered October 24, 2023, [R. 10] are vacated to the extent set forth below:

1. All discovery shall be completed by **March 18, 2024**.
2. The stipulated Administrative Record shall be filed under seal on or before **March 25, 2024**.
3. The parties shall file any dispositive motions by **April 15, 2024**. Simultaneous responses to the motions shall be filed by **April 29, 2024**, and replies shall be filed by **May 13, 2024**.

Signed February 2, 2024.

**Signed By:**

***Edward B. Atkins*** EBA

**United States Magistrate Judge**