**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| LARRY STAPLETON,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 0:23-cv-00091-DLB-EBA** |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, Larry Stapleton, and Defendants, Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company, by and through their undersigned counsel, hereby move to amend the Court's Scheduling Order of February 2, 2024 (ECF No. 13) to extend the discovery and briefing deadlines in the case. As grounds, the Parties state as follows:

1. Under the Court's current scheduling order, the Parties are to complete all discovery by March 18, 2024.

2. On December 22, 2023, Plaintiff served interrogatories and requests for production of documents upon Defendants. Defendants served responses on January 19, 2024. There are certain areas of dispute that further discussions between the Parties can likely assist. Meet and confer attempts have been initiated. Additionally, as part of its responses, Defendants indicated production of certain responsive information under an acceptable protective order.

3. The Parties are discussing the possibility of settlement and are actively engaged in settlement negotiations. Extending the remaining case deadlines will facilitate the Parties'

settlement discussions and the possibility of informal resolution, without the time and expense associated with further discovery efforts and briefing this case on the merits.

4. Accordingly, Plaintiff and Defendants jointly propose that the remaining case deadlines be extended, such that:

a. All discovery shall be completed by **April 17, 2024**;

b. The stipulated Administrative Record shall be filed under seal on or before **April 24, 2024**; and

c. Parties shall file dispositive motions by **June 14, 2024**. Simultaneous responses to the motions shall be filed by **June 28, 2024** and any replies shall be filed by **July 12, 2024**.

5. The Parties request this extension in good faith and not for the purpose of undue delay. No party will be prejudiced by the granting of this request.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
PHILIP G. FAIRBANKS
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: (859) 225-3731
Fax: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

and

/s/ *Iwana Rademaekers* (with permission)
IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendants*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY