UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:23-CV-00091-DLB-EBA

LARRY STAPLETON, PLAINTIFF,

V.

**AMENDED SCHEDULING ORDER**

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON and THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY, DEFENDANTS.

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order. [R. 14]. The Court originally entered a Scheduling Order in this case on October 24, 2023, to establish pretrial filing deadlines in this matter. [R. 10]. The October 24, 2023, Scheduling Order was then amended by the undersigned on February 2, 2024. [R. 13]. The parties now seek to amend the pretrial filing deadlines to allow them sufficient time to complete discovery and to facilitate settlement negotiations in this matter. [R. 14]. Accordingly,

IT IS ORDERED that the parties' Joint Motion to Amend Scheduling Order [R. 14] is GRANTED. The deadlines set by the October 24, 2023, Scheduling Order [R. 10], as amended by the Court's February 2, 2024, Order [R. 13] are vacated to the extent set forth below:

1. The parties shall complete discovery by **April 17, 2024**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.
2. The stipulated Administrative Record shall be filed under seal on or before **April 24, 2024**.

3. The parties shall file dispositive motions on or before **June 14, 2024**. Simultaneous responses to the motions shall be filed by **June 28, 2024,** and any replies shall be filed by **July 12, 2024**.

4. All other deadlines and directives set forth in the October 24, 2023, Scheduling Order [R. 10], as amended by the Court's February 2, 2024, Order [R. 13], shall remain in effect.

Signed March 19, 2024.

**Signed By:**

***Edward B. Atkins*** EBA

**United States Magistrate Judge**