UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:23-CV-00091-DLB-EBA

LARRY STAPLETON, PLAINTIFF,

V.

**ORDER**

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON, and THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY, DEFENDANTS.

*** *** *** ***

The parties have filed a Notice of Settlement indicating that they have reached a tentative settlement in this matter. [R. 16]. The parties have requested 45 days to finalize the settlement and that all pending deadlines be stayed. [*Id.*]. Accordingly,

IT IS ORDERED that all pending deadlines in this matter are STAYED.

IT IS FURTHER ORDERED that the parties shall file a proper Rule 41 Stipulation, an agreed order of dismissal, or a joint status report informing the Court on the status of the settlement process on or before **June 3, 2024**.

Signed April 19, 2024.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**