UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:23-CV-00091-DLB-EBA

LARRY STAPLETON, PLAINTIFF,

V.

**ORDER**

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON, and THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY, DEFENDANTS.

*** *** *** ***

Pursuant to the Court's April 22, 2024, Order [R. 17], the parties have filed a joint status report indicating that they are in the process of finalizing the settlement for this matter, but that they require an additional 30 days to file an agreed order of dismissal. [R. 18]. Accordingly,

IT IS ORDERED that the parties shall file a proper Rule 41 Stipulation, an agreed order of dismissal, or a joint status report informing the Court on the status of the settlement process on or before **July 3, 2024**.

Signed June 3, 2024.

**Signed By:**
***Edward B. Atkins***
**United States Magistrate Judge**