**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| LARRY STAPLETON,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 0:23-cv-00091-DLB-EBA** |

**JOINT STATUS REPORT**

Plaintiff Larry Stapleton and Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company (collectively the "Parties"), by and through their undersigned counsel, and pursuant to ECF No. 17, hereby submit this Joint Status Report:

1. On April 18, 2024, a Joint Notice of Settlement was filed informing the Court that a settlement had been reached in this matter (ECF No. 16).

2. Since this Court's April 22, 2024 Order (ECF No. 17), the Parties have continued discussions related to the documentation required for final settlement of this matter. The Parties have concluded these discussions, and the required documentation has been executed.

3. Additional time is needed to conclude the final step of the settlement as required within the settlement documentation.

4. The Parties expect to have the settlement finalized within twenty (20) days.

5. Accordingly, Plaintiff and Defendants jointly request that the Court allow the Parties **twenty (20) days**, or until **July 23, 2024**, to submit an Agreed Order of Dismissal.

6. This additional time is not requested for the purpose of undue delay and no prejudice will result to any party from the granting of this request.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court allow the Parties **twenty (20) days**, or until **July 23, 2024**, to submit an Agreed Order of Dismissal.

Respectfully submitted:

*/s/ Elizabeth A. Thornsbury*

ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

/s/ *Iwana Rademaekers* (with permission)

IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY