UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:23-CV-00091-DLB-EBA

LARRY STAPLETON, PLAINTIFF,

V.

**ORDER**

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON, *et al.*, DEFENDANTS.

*** *** *** ***

By prior order, the parties were directed to file an order of dismissal with the Court on or before July 3, 2024. [R. 19]. The parties have now filed a status report indicating that the parties have concluded settlement discussions and have executed the required documentation but that an additional 20 days is needed to submit a proposed agreed order of dismissal. [R. 20]. Accordingly,

IT IS ORDERED that the parties shall file a proper Rule 41 Stipulation, an agreed order of dismissal, or a joint status report informing the Court on the status of the settlement process on or before **July 23, 2024**.

Signed July 3, 2024.

**Signed By:**
***Edward B. Atkins***
**United States Magistrate Judge**