**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND**

| | | |
|---|---|---|
| **LARRY STAPLETON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 0:23cv00091-DLB-EBA** |
| **v.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Larry Stapleton and Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 11th day of July, 2024.

Respectfully submitted,

By: */s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pfg@austinmehr.com
**Mehr Fairbanks**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731

Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

By: /s/ Iwana Rademaekers (with permission)
IWANA RADEMAEKERS (Texas Bar #16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*